**Derrick D. HOWARD, Plaintiff–Appellant**

v.

**BANK OF AMERICA, N.A. as successor by merger to Lasalle Bank National Association, as Trustee for Certificate Holders of Bear Stearns Asset Backed Securities 1 LLC, Asset Backed Certificates, Series 2005–HE3 c/o EMC Mortgage Corporation, Defendant–Appellee.**

No. 11–2296.

United States Court of Appeals, Eighth Circuit.

Submitted: Dec. 11, 2012.

Filed: Dec. 14, 2012.

Derrick D. Howard, Coleman, FL, pro se.

James R. Wyrscn, Bryan & Cave, St. Louis, MO, for Defendant–Appellee.

Before MURPHY, ARNOLD, and SMITH, Circuit Judges.

PER CURIAM.

Derrick Howard appeals the district court's [1] dismissal of his civil complaint. Having carefully reviewed the record, we agree with the district court that Howard's complaint was barred by res judicata, based on a judgment rendered in Missouri court in a prior legal proceeding between the same parties, and involving the same matter that was the subject of the instant complaint. *See C.H. Robinson Worldwide, Inc. v. Lobrano,* 695 F.3d 758, 764 (8th Cir.2012) (law of forum that rendered first judgment controls res judicata analysis); *Niere v. St. Louis Cnty., Mo.,* 305 F.3d 834, 837 (8th Cir.2002) (per curiam) (elements of res judicata under Missouri law); *Vogt v. Emmons,* 158 S.W.3d 243, 247 (Mo. Ct.App.2005) (res judicata renders judgment conclusive between same parties as to all issues that might have been litigated).

Accordingly, we affirm. *See* 8th Cir. R. 47B.

1. The Honorable Catherine D. Perry, Chief Judge, United States District Court for the Eastern District of Missouri.